# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1785

_____

Mauricio E. Villalobos

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 6, 2013
Filed: November 8, 2013
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mauricio Villalobos, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), affirming an immigration judge's decision denying him withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole. *See Wijono v. Gonzales*, 439 F.3d 868, 872 (8th

Cir. 2006) (substantial-evidence standard for denial of withholding of removal). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

_____